Maurice Finkelstein and Freda B. Hennock to the sum of $25,000, and by reducing the amount of the allowance to the petitioner, John McKim Minton, Jr., to the sum of $10,000, and as so modified affirmed, without costs. No opinion. Present Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of John L. Lotsch, an Attorney. Reference ordered. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of Robert C. McCormick, an Attorney. Reference ordered. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

## (May 21, 1937.)

Nyamco Associates, Inc., Plaintiff, Respondent, v. St. Austin Realty Corp. and Others, Defendants, and Florence I. Carukin (formerly Oliver), Defendant, Appellant, and Land Estates, Incorporated, and New York Title and Mortgage Company, Made a Party Hereto by the Service upon It of a Copy of the Answer of Defendant, Florence I. Carukin, Defendants, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

Cuyler & Co., Inc., Respondent, v. Truene Ruth Spencer, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.; Martin, P. J., dissents.

Samuel L. Israel, Appellant, v. Neville G. Hart and Others, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

Walter Elfers, an Infant, by John Elfers, His Guardian ad Litem, Respondent, and John Elfers, Plaintiff, v. Albert Spires, Roy A. Cauk, Defendants, and All States Freight, Inc., Appellant.— Judgment, so far as appealed from. and the order, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

The People of the State of New York, Respondent, v. Roy Cooper, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

Regina Margareten and Others, Respondents, v. Leopold Horowitz and Others, Appellants. Regina Margareten and Others, Appellants, v. Leopold Horowitz and Others, Respondents. (Consolidated Appeals.) — Orders unanimously affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Dore and Cohn, JJ.

Samuel Herman, Respondent, v. New York Life Insurance Company, Respondent, and Victor Herman, an Infant, etc., by Esther Wilson Marwit, His Guardian ad Litem, and Winnie Green, nee Winnie Herman, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements to the plaintiff-respondent. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

Maria Rohrs, Appellant, v. Lawyers Trust Company, as Successor Trustee, etc., Respondent, Impleaded with Others.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

Leon E. Williams, Respondent, v. George Huling, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave

to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of GRENVILLE KANE, as Trustee of the Trust for META KANE MOURICHON, under the Last Will and Testament of EDITH KANE, Deceased. FLORENCE BREVOORT KANE, Appellant.— Decree, so far as appealed from, unanimously affirmed, with costs payable out of the fund. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

AARON L. SEIDMAN, an Infant, by SAMUEL SEIDMAN, His Guardian ad Litem, and SAMUEL SEIDMAN, Respondents, v. YOUR BAKING COMPANY, INC., Sued as "THE YOUR BAKING COMPANY, INC.," Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of MURRAY LEITNER, Respondent, for a Peremptory Order of Mandamus against NEW YORK TELEPHONE COMPANY, Appellant. — Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

HENRIETTA LIPSCHUTZ, Also Known as HENRIETTA LEIF, Respondent, v. JACOB LIPSCHUTZ, Also Known as JACK LEIF, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

A. D'ANGELO & SONS, INC., Appellant, v. THE CITY OF NEW YORK, Respondent. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

BATTERY & IGNITION NEWS PUBLISHING CO., INC., Appellant, v. R. L. POLK PRINTING CO., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of IRA FINK, Appellant, for a Mandamus Order against JAMES E. FINEGAN, President, and Others, Constituting the Municipal Civil Service Commission of the City of New York, Respondents.— Order affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.; Townley, J., dissents.

BROOKLYN AND QUEENS TRANSIT CORPORATION, Respondent, v. THE CITY OF NEW YORK, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.; Martin, P. J., and Callahan, J., dissent and vote to reverse and grant the motion.

NEW YORK RAPID TRANSIT CORPORATION, Respondent, v. THE CITY OF NEW YORK, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.; Martin, P. J., and Callahan, J., dissent and vote to reverse and grant the motion.

THORER & HOLLANDER, INC., Respondent, v. IRVING TRUST COMPANY, as Trustee in Bankruptcy of ABRAHAM MORGENSTERN, and Others, Defendants,